UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAMON C FIELDS, <br><br> Plaintiff, <br><br> -against- <br><br> NEW YORK CITY HOUSING AUTHORITY, et al., <br><br> Defendants. | 25-CV-07292-JAV <br><br> ORDER OF SERVICE |

JEANNETTE A. VARGAS, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants New York City Housing Authority, Rudy Murillo, Anthony Luciano, Sylvia Aude-Mccullough, Kimberly Taylor, Latoya Ramseur-Deliotte, Carolyn Gibbs, Robin Yudkovitz, Amanda Donohue, Marla Edmonson, and Sharda Shrestha. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:   September 8, 2025
         New York, NY

_____
JEANNETTE A. VARGAS
United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.