UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DAMON C FIELDS,

                Plaintiff,

            -v-

NEW YORK CITY HOUSING AUTHORITY, et al.,

               Defendants.
------------------------------------------------------------------X

25-CV-07292 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

      On October 20, 2025, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

      Accordingly, it is hereby ORDERED that, Plaintiff shall file any amended complaint by **November 10, 2025**. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

      If Plaintiff does amend, by no later than **December 1, 2025**, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed by no later than **December 15, 2025**, and any reply shall be filed by no later than **December 22, 2025**.

      If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **November 10, 2025**, and Defendant shall file any reply by **November 17, 2025**.

SO ORDERED.

Dated: October 22, 2025
       New York, New York

                                                      JEANNETTE A. VARGAS
                                                      United States District Judge