BOND SCHOENECK & KING

68 South Service Road, Suite 400 | Melville, NY 11747-9750 | **bsk.com**

**EMILY E. IANNUCCI, ESQ.**
eiannucci@bsk.com
P: 516.267.6314
F: 516.267.6301

December 30, 2025

**VIA ELECTRONIC FILING**

Hon. Jeannette A. Vargas
United States District Judge
Southern District of New York
500 Pearl Street, Room 703
New York, NY 10007

Re: *Damon Fields v. New York City Housing Authority, et al. (1:25-cv-7292)*

Dear Judge Vargas:

We represent the Defendants in the above-referenced matter. We write to respectfully request that Defendants' time to file reply papers be extended from Monday, January 5, 2026, to Monday, January 19, 2026. Per Rule 4.A of Your Honor's Individual Rules & Practices in *Pro Se* Cases, replies are typically due within two (2) weeks of receipt of opposition papers, but, based on the Court's Order dated November 10, 2025 (ECF Doc. No. 37), Defendants only have one (1) week to reply under the current deadline, and that week falls during a holiday week. Also, responding to Plaintiff's opposition brief, which contains twelve (12) points (excluding sub-headings) and spans 43 pages, will be difficult to do to in one (1) week. Plaintiff has graciously consented to our extension request.

Additionally, based on the length of Plaintiff's opposition papers, and the number of issues therein, we also respectfully request leave to file a reply brief in excess of 3,500 words.

Thank you for your consideration of these requests.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Emily Iannucci

Emily E. Iannucci

cc: Damon Fields (via ECF)
Howard Miller (via ECF)